In the Matter of ARTHUR J. HERBERT, Petitioner, v GALEN D. KIRKLAND, as Commissioner of the New York State Division of Human Rights, et al., Respondents. [934 NYS2d 819]—

Even had the petitioner established a prima facie case of discrimination (*see Matter of McEniry v Landi*, 84 NY2d 554, 558 [1994]; *Koester v New York Blood Ctr.*, 55 AD3d 447, 448

[2008]), substantial evidence supports the determination of the Commissioner of the New York State Division of Human Rights that the petitioner's employer, New York Institute of Technology, had a legitimate, nondiscriminatory reason for terminating the petitioner from its employ, and that he did not show that this reason was a pretext for discrimination (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180 [1978]; *Matter of Sauer v Donaldson*, 49 AD3d 656, 657 [2008]; *Genesky v Local 1000, AFSCME, AFL-CIO, CSEA*, 287 AD2d 594, 595 [2001]). Mastro, A.P.J., Chambers, Sgroi and Miller, JJ., concur.